**FILED**
**JANUARY 13, 2010**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
DEC 1 2009
DEC 1 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JoHNNY Lee Wilson C-82195
313½ N. Jackson Street
Danville Ill. 61832

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Nures Kenlin

C.M.T. Cantonio "Bob"

Dr. Aguinaldo

L.T. Linzinsky

09 C 7487
Judge Ruben Castillo
Magistrate Judge Maria Valdez

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

   A. Name: JOHNNY LEE WILSON

   B. List all aliases: J.B.

   C. Prisoner identification number: A-82195

   D. Place of present confinement: WAS STATEVILLE C.C. NOW

   E. Address: 313½ N. Jackson Danville, Ill 61832

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: KENLYN NAME "FULL" REFUSE ME

      Title: R/N

      Place of Employment: STATEVILLE C.C.

   B. Defendant: DR. AGUINALDO NAME "FULL" REFUSE ME

      Title: DOCTOR

      Place of Employment: STATEVILLE C.C.

   C. Defendant: CARTTANO "BOB" LT. LAZINSKI

      Title: C.M.T.    LT.

      Place of Employment: STATEVILLE C.C.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: __N/A__

   B. Approximate date of filing lawsuit: __N/A__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

   D. List all defendants: __N/A__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

   F. Name of judge to whom case was assigned: __N/A__

   G. Basic claim made: __N/A__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

   I. Approximate date of disposition: __N/A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Nov 21, 07 I took evening (Meds) Nov 22, 07 2:30 AM I had a erection. 7:00 AM I stopped the 7 to 3 shift officers and informed them I had a erection lasting over 4 hours. Emergence call was made. C.M.T. Ceentino Bob arrived stated I was alright left, 1 hour later and asked if I still had the problem I said "yes." I was taken to the H.C.U. at 9:30 AM. I saw R/N Kenlyn who stated it was my (Meds) that caused my erection. She asked how many pills did I take. I said Two. She call me a lie and walked away without any treatment. C.M.T. Bod also refused me any treatment, but at the word of a other R/N I was given a E.K.G that I was down for next week not for the erection problem. I was return to the cell house were L.T. Lazinski just joked about my erection with no help. Nov 23, 07 again a emergence call was made. I was taken to the H.C.U. at 10:00 AM I saw a Dr. Aguinaldo who stated that he has only seen 1 other case like this before. He stated that he would have my Dr. Arnon to cut my (Meds) in half and for me to wait another 48 to 72 hours and sent my back to the cell house with the erection. Again L.T. Lazinski just joked without any help

I WAS IN PAIN. HE JUST JOKED ABOUT THATS HOW VIAGRA WAS DISCOVER. NOV 24, 07 I STOPPED C/MT RUSSELL ON 7 TO 3 SHIFT AT 10:30 AM AND TOLD HIM THAT I COULD NOT WALK BECAUSE MY PENIS HAS BEEN IN A ERECTION FOR 2 DAYS. C/M.T RUSSELL HAD ME RUSHED TO THE OUTSIDE HOSPITAL (U OF I) BUT IT WAS TO LATE TO SAVE ANY USE OF A ERECTION OF MY PENIS OR THE USAGE OF MY PENIS. TO MUCH TIME HAD PASSED WITHOUT ME GETTING ANY HELP OR ASSISTANCE FROM ANYONE AT STATEVILLE C.C. THE NAMED Peoples.

5 days in U of I and my PENIS STILL did NOT WANT TO go down THE 5 day it WENT down.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$100,000 PER YEAR FOR THE NEXT 20 YEARS AGAINST EACH DEFENDANTS IN THERE OWN OFFICIAL CAPACITIES PLUS, 2.5 Million Dollars Punitive Damages

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _15_ day of _Nov_, 20_09_

Johnny Wilson
(Signature of plaintiff or plaintiffs)

Johnny Lee Wilson
(Print name)

A-82195
(I.D. Number)

313½ N. Jackson Street
Danville, Ill. 61832
(Address)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 2-27-08
**Offender:** (Please Print) JOHNNY WILSON
**ID#:** A82195
**Present Facility:** Stateville C.C.
**Facility where grievance issue occurred:** Stateville C.C.

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Requested Names
- [ ] Disciplinary Report: ___/___/___  Date of Report ___ Facility where issued ___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 12-5-07 I file grievance against Correctional Personnel here at Stateville C.C. I did not have their full correct names, in naming the persons who deny me Medical Treatment here at Stateville C.C. on the following days of Nov 07 21, 22, 23;
I requested for the full and correct names of the following

**Relief Requested:** Requesting the full names of the named Personnel here at Stateville C.C.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ ___/___/___
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 2/28/08
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277.

**Response:** The named staff members are identifiable without disclosing their full names

_____ _____ 2/28/08
Print Counselor's Name    Counselor's Signature    Date of Response

Sent to G.O.

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Personnel

1.) Nurse Kenkin
2.) C.M.T. Cantonio Call "Bob"
3.) Dr. Aguinaldo

from Dir. Carl Vance.

I have never received this
grvnl for the names of the
above Personnel persons.

I don't know if the names are
right, in spelling.

I do believe it's good enough
for this Grievance Committee
to know who I asking about,
or find out.

I have been seeking these names
through request for over

(3. Months) Nov of 07 until
now Feb 27, 08

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

> *To the reader:* This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.
>
> When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).
>
> You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.
>
> The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL. 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.
>
> *Please include the offender's name and* <u>*complete number*</u> *on all correspondence, funds and publications that are mailed to the facility*

**To:** WARDEN T. MC CANN
**Street:** JOLIET  **State:** Ill  **Zip Code:** 60434

**From:** MR. JOHNNY WILSON
**Number:** A-82195

Dear Warden McCann

I have been trying to get the full names of 3 of your staff members. Would you please assit me with get the following named staff members.

A copy of the grievance is with this letter

Thank you

11-26-08

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audits Office (please include a stamped, self-addressed envelope).

Wilson
A82195

F456