FILED
7-13-2010 aew
JUL 13 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN
09CV7487

TO: 7-5-10

THE CLERK OF THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
CHICAGO, ILL. 09C7487

PLEASE BE ADVISED THAT
THERE HAS BEEN PROBLEMS
AT 313½ N. JACKSON ST
DANVILLE, ILL. 61832
MY MAIL IS GONE AND I
do NOT HAVE MY CASE NO.
FOR A CIVIL CASE I HAVE
IN THIS COURT... Could
you PLEASE SEND ME MY
CASE NO. AND THE INFORATION
OF THE LAWYERS WHO ARE
REPRESENTING ME IN THAT
CASE: PHONE NO. Address.
"JOHNNY L. WILSON"
2 E. SOUTH STREET
DANVILLE, ILL. 61832

Please send the
requested information
to:

Johnny L. Wilson
2 E. South Street
Danville IL. 61832

Thank you so, so
very much